FILED
CLERK, U.S. DISTRICT COURT

January 15, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY (formerly Harbor Insurance Company) 151 North Franklin Street, Chicago, IL 60606,<br><br>Plaintiff,<br><br>vs.<br><br>TIG INSURANCE COMPANY (formerly Premier Insurance Company) 250 Commercial Street, Manchester, NH 03101,<br><br>Defendant. | Case No. 2:20-cv-04445-SB (ASx)<br><br>**ORDER RE JOINT STIPULATED MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*The Hon. Stanley Blumenfeld, Jr, Crtrm 6C*]<br><br><br>Action Filed:    05/15/20<br>Trial Date:       None Set |

**ORDER**

This matter last came before the Court on the parties' stipulated request to continue the Rule 26(f) Conference scheduled for December 14, 2020. The parties were directed to file a proposed order to dismiss the entire action with prejudice by February 12, 2021. As that proposed Order has been filed, the Order to Show Cause for dismissal with prejudice on February 19, 2021, shall be taken off calendar without further notice. For the reasons stated in the Stipulated Joint Motion for Dismissal of Action With Prejudice, the Court GRANTS the motion.

1 **IT IS HEREBY ORDERED THAT** the action in its entirety is DISMISSED WITH
2 PREJUDICE.
3
4
5
6 DATED: January 15, 2021          _____
7                                   STANLEY BLUMENFELD, JR.
                                    UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28